UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAULA LANDRY                                                    CIVIL ACTION

VERSUS                                                          NO. 12-2060

CAINE & WEINER COMPANY, INC.                                    SECTION "N" (2)

# ORDER

The captioned case was dismissed by judgment entered by the presiding district judge on May 21, 2013. Record Doc. No. 21. Accordingly, the settlement conference previously set in this matter before Magistrate Judge Joseph C. Wilkinson, Jr. on May 30, 2013, is hereby CANCELLED.

New Orleans, Louisiana, this ___21st___ day of May, 2013.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE