UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAULA LANDRY | CIVIL ACTION |
| VERSUS | NO. 12-2060 |
| CAINE & WEINER COMPANY, INC. | SECTION "N" (2) |

### ORDER

The Court, having considered Plaintiff's motion for attorney fees, the record, applicable law, the Findings and Recommendation of the United States Magistrate Judge (Rec. Doc. 29), and the failure of any party to file an objection to the Findings and Recommendation, hereby approves the Findings and Recommendation and adopts it as its own opinion.

Accordingly, **IT IS ORDERED** that Defendant Caine & Weiner Company, Inc., pay $3,400.00 in reasonable attorney's fees and $395 in reimbursable expenses to Plaintiff, Paula Landry.

New Orleans, Louisiana, this 28th day of August 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE